IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:00-CR-37-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| COREY MICHAEL LEFTWICH, | ) |
| Defendant. | ) |

This matter is before the court on defendant's pro se motion for early termination of his supervised release, [DE #161]. Jurisdiction of defendant's supervised release was previously transferred to the Eastern District of Pennsylvania. Therefore, defendant should refile his motion in the Eastern District of Pennsylvania, if desired. The clerk is directed to terminate this motion as moot.

This 2nd day of November 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35